

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    Aker Solutions, Inc., et al. v. Marisa Tisnado, Individually and as
Representative of the Estate of Robert Tisnado and as Next of Friend
of XXX Tisnado, XXX Tisnado and XXX Tisnado, Minors

Appellate case number:   01-17-00322-CV

Trial court case number:  2014-70230

Trial court:             11th District Court of Harris County

Appellants have filed a motion for expedited consideration and for a stay of trial and discovery pending resolution of the appeal. We requested a response to this motion and appellees have advised us that they do not oppose the motion.

Accordingly, we grant the motion in part and order discovery and trial in trial court cause number 2014-70230, **STAYED**, pending resolution of the appeal.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date:  May 15, 2017